UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LANCE RANDOLPH,<br>Plaintiff,<br>-against-<br>THE CITY MUNICIPALITY EMPLOYEES, et al.<br>Defendants. | 25-CV-4965 (LLS)<br>CIVIL JUDGMENT |

For the reasons stated in the June 18, 2026 order, this action is dismissed.

SO ORDERED.

Dated: October 20, 2026
New York, New York

Louis L. Stanton

Louis L. Stanton
U.S.D.J.